IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

ALLAN SAMIR ANDINO CHEBES,
          *Petitioner,*

  v.

JEFFREY CRAWFORD, *et al.,*
          *Respondents.*

1:25-cv-2269-MSN-LRV

### ORDER

This matter comes before the Court on Allan Samir Andino Chebes' Petition for Writ of Habeas Corpus, ECF 1, and Federal Respondents' Motion for Leave to File Amended Declaration and Supplemental Evidence. ECF 10.

Upon consideration of the Motion and for the reasons stated in open court and in the opinion of Judge Brinkema in *Aguilar Lares v. Bondi, et al*, ECF 18, No. 1:25-cv-1562 (E.D. Va. Oct. 29, 2025), it is hereby

ORDERED that the Petition (ECF 1) is GRANTED as to Count I and II; and it is further

ORDERED that to the extent that Petitioner seeks release from detention, Petitioner files a motion requesting a bond hearing or custody redetermination as soon as practicable; and that Federal Respondents provide Petitioner with a standard bond hearing before an IJ pursuant to 8 U.S.C. § 1226(a) within 7 days of the date of that motion; and it is further

ORDERED that Federal Respondents are ENJOINED from denying bond to Petitioner on the basis that he is detained pursuant to 8 U.S.C. § 1225(b)(2) or 8 U.S.C. § 1226(c)(1)(E); and it is further

ORDERED that Federal Respondents file a status report with this Court within 3 days of the bond hearing, stating whether Petitioner has been granted bond, and, if his request for bond is

denied, the reasons for that denial.

The Clerk is directed to enter judgment in Petitioner's favor pursuant to Federal Rule of Civil Procedure 58, forward copies of this Order to counsel of record, and close this civil action

**IT IS SO ORDERED.**

/s/
Michael S. Nachmanoff
United States District Judge

Michael S. Nachmanoff
United States District Judge

December 19, 2025
Alexandria, Virginia